SPENCE v. BODE. GUTFREUND v. STANDARD LIFE INS. CO. GERHARDT v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Actions by Harry M. Spence against Albrecht V. Bode, by Sigmund Gutfreund against the Standard Life Insurance Company, and by Benjamin Gerhardt against the Brooklyn Heights Railroad Company. No opinions. Applications for leave to appeal from Appellate Term denied, with $10 costs in each case. Orders signed.

SPRINTZ, Appellant, v. SAXTON, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Ike Sprintz against William O. Saxton. No opinion. Motion denied, on the ground that the correction desired is not necessary to enable the respondent to present his point on appeal.

STACHELBERG, Appellant, v. STACHELBERG, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by Edgar J. Stachelberg, as executor, against Linda Stachelberg, individually, etc. No opinion. Motion granted, and question certified, as stated in order. Order filed.

STANTON v. ECCENTRIC ASS'N OF FIREMEN. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Annie Stanton against the Eccentric Association of Firemen. No opinion. Motion denied, on terms stated in order. Order filed.

STECKLER, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Rosie Steckler, as administratrix, against the Interborough Rapid Transit Company. C. Goldzier, for appellant. B. H. Ames, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STEINWAY, Respondent, v. STEINWAY et al., Appellants. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Henry W. T. Steinway against Charles H. Steinway and others. J. Delehunty, for appellants. E. B. Hill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STERNBERGER, Respondent, v. STERNBERGER, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Birdie S. Sternberger against Louis Sternberger. C. F. Brown, for appellant. D. Nicoll, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SUCHAR v. ROTHENSTEIN et al. (Supreme Court, Appellate Term. April 10, 1908.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by Abraham J. Suchar against Marcus Rothenstein and others. Judgment for plaintiff, and defendants appeal. Reversed. Hyman I. Barnett, for appellant. J. W. Block, for respondent.

PER CURIAM. The affidavits concerning the service of the summons are conflicting; but in view of all the circumstances, and particularly the fact that the note sued on has been destroyed through the instrumentality of plaintiff, we are not convinced that personal service of summons upon the defendant Smith was ever made. The judgment must be reversed, with costs.

SWEET, Appellant, v. SWEET, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by D. Bradley Sweet against Fannie O. Sweet, individually, etc. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice. See 121 App. Div. 902, 106 N. Y. Supp. 1146.

TABACHNICK, Respondent, v. BRAND, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by William Tabachnick against Leopold Brand. No opinion. Motion denied.

TALARICO, Appellant, v. MERRELL-SOULE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by Carmine Talarico against the Merrell-Soule Company. No opinion. Judgment affirmed, with costs.

TANENBAUM, Respondent, v. FEDERAL MATCH CO., Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Moses Tanenbaum against the Federal Match Company. A. S. Gilbert, for appellant. E. Hall, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

TAYLOR, Respondent, v. ERIE R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Albert Taylor against the Erie Railroad Company and another. No opinion. Judgment and order affirmed, with costs.

In re THAYER. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) In the matter of the application of Marshall N. Thayer for admission to the bar. No opinion. Application granted.

TIERNAN, Respondent, v. MACK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Henry Tiernan against Norman E. Mack. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to an application by defendant, to be made at Special Term within 10 days, for leave to serve answer as matter of favor upon terms.

TRAVER, Respondent, v. GABLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by George A. Traver against John C. Gabler, impleaded. J. P. Lamerdin, for appellant. J. Aitkin, for respondent. No opinion. Judgment affirmed, with costs. Order filed.